Certificate Number: 17082-PAM-DE-039626782

Bankruptcy Case Number: 25-00843



17082-PAM-DE-039626782

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 5, 2025, at 7:41 o'clock AM MST, JASON ALAN BAWIEC completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 5, 2025     By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director