United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-00843-MJC |
| Jason Alan Bawiec | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: May 05, 2025     Form ID: ntcnfhrg     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason Alan Bawiec, 147 Fort Street, Forty Fort, PA 18704-5048 |
| 5699788 | + | ARSI Inc, 555 St Charles Drive Suite 100, Thousand Oaks CA 91360-3983 |
| 5706752 | + | The Wright Center, 501 S Washington Avenue, Scranton PA 18505-3814 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5706751 | + | Email/Text: mnapoletano@ars-llc.biz | May 05 2025 18:51:00 | Ability Recovery Service, 284 S Main Street, Dupont PA 18641-1960 |
| 5699787 | ^ | MEBN | May 05 2025 18:47:59 | Apothaker Scian PC, 520 Fellowship Road, Suite C306 PO Box 5496, Mt Laurel NJ 08054-3410 |
| 5699789 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2025 19:06:18 | Best Buy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5699790 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2025 19:06:09 | Best Buy CBNA, 5800 South Corporate Place Mail Code 234, Sioux Falls, SD 57108-5027 |
| 5699791 | + | Email/Text: bankruptcy@cavps.com | May 05 2025 18:51:00 | Cavalry Portfolio Services, 500 Summit Lake Dr Ste 400, Vallhalla, NY 10595-2321 |
| 5699792 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2025 19:06:09 | Citi Bank, PO Box 6241, Sioux Falls SD 57117-6241 |
| 5699793 | ^ | MEBN | May 05 2025 18:47:23 | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5699794 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 05 2025 18:51:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud MN 56303 |
| 5699796 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2025 18:55:44 | LVNV Funding, PO Box 1269, Greenville SC 29602-1269 |
| 5699795 | + | Email/Text: Documentfiling@lciinc.com | May 05 2025 18:51:00 | Lending Club, 595 Market Street Suite 200, San Francisco, CA 94105-5839 |
| 5701319 | + | Email/Text: camanagement@mtb.com | May 05 2025 18:51:00 | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 5699797 | + | Email/Text: bankruptcydpt@mcmcg.com | May 05 2025 18:51:00 | Midland Credit Management Inc, 320 East Big Beaver Suite 300, Troy MI 48083-1271 |
| 5699798 | + | Email/PDF: cbp@omf.com | May 05 2025 19:06:17 | One Main, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 5706308 | + | Email/PDF: cbp@omf.com | May 05 2025 18:55:09 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5699799 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2025 18:55:15 | Portfolio Recovery Associates, 120 Corporate Blvd Suite 100, Norfolk, VA 23502 |

| | | | |
|---|---|---|---|
| 5699800 | + Email/Text: ngisupport@radiusgs.com | May 05 2025 18:51:00 | Radius Global Solutions LLC, PO Box 390846, Minneapolis MN 55439-0846 |
| 5699801 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 05 2025 19:06:17 | Synchrony Bank, PO Box 71737, Philadelphia PA 19176-1737 |
| 5699802 | + Email/Text: bankruptcydepartment@tsico.com | May 05 2025 18:51:00 | Transworld Systems, PO Box 15618 Dept 51, Wilmington DE 19850-5618 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2025   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| John Fisher | on behalf of Debtor 1 Jason Alan Bawiec johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| | |
|---|---|
| <div align="center">**UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA</div> | |
| In re: | |
| Jason Alan Bawiec,<br>**Debtor 1** | Chapter 13<br><br>Case No. 5:25−bk−00843−MJC |

<div align="center">**Notice**</div>

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 5, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: June 12, 2025<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 5, 2025 |

ntcnfhrg (08/21)