In re:

Jason Alan Bawiec

    Debtor

Case No. 25-00843-MJC

Chapter 13

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason Alan Bawiec, 147 Fort Street, Forty Fort, PA 18704-5048 |
| 5699788 | + | ARSI Inc, 555 St Charles Drive Suite 100, Thousand Oaks CA 91360-3983 |
| 5706752 | + | The Wright Center, 501 S Washington Avenue, Scranton PA 18505-3814 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5706751 | + | Email/Text: mnapoletano@ars-llc.biz | Jul 02 2025 18:41:00 | Ability Recovery Service, 284 S Main Street, Dupont PA 18641-1960 |
| 5699787 | ^ | MEBN | Jul 02 2025 18:39:18 | Apothaker Scian PC, 520 Fellowship Road, Suite C306 PO Box 5496, Mt Laurel NJ 08054-3410 |
| 5699789 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2025 18:46:08 | Best Buy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5699790 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2025 18:46:08 | Best Buy CBNA, 5800 South Corporate Place Mail Code 234, Sioux Falls, SD 57108-5027 |
| 5699791 | + | Email/Text: bankruptcy@cavps.com | Jul 02 2025 18:41:00 | Cavalry Portfolio Services, 500 Summit Lake Dr Ste 400, Vallhalla, NY 10595-2321 |
| 5709889 | + | Email/Text: bankruptcy@cavps.com | Jul 02 2025 18:41:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5699792 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2025 18:58:23 | Citi Bank, PO Box 6241, Sioux Falls SD 57117-6241 |
| 5699793 | ^ | MEBN | Jul 02 2025 18:39:08 | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5716774 | | Email/Text: BNCnotices@dcmservices.com | Jul 02 2025 18:41:00 | Geisinger, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5699794 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 02 2025 18:41:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud MN 56303 |
| 5699796 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2025 18:46:04 | LVNV Funding, PO Box 1269, Greenville SC 29602-1269 |
| 5716432 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2025 18:45:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5699795 | + | Email/Text: Documentfiling@lciinc.com | Jul 02 2025 18:40:00 | Lending Club, 595 Market Street Suite 200, San Francisco, CA 94105-5839 |
| 5716684 | + | Email/Text: Documentfiling@lciinc.com | Jul 02 2025 18:40:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 5701319 | + | Email/Text: camanagement@mtb.com | Jul 02 2025 18:41:00 | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |

| 5699797 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jul 02 2025 18:41:00 | Midland Credit Management Inc, 320 East Big Beaver Suite 300, Troy MI 48083-1271 |
| 5699798 | + Email/PDF: cbp@omf.com | | |
| | | Jul 02 2025 18:45:46 | One Main, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 5706308 | + Email/PDF: cbp@omf.com | | |
| | | Jul 02 2025 18:46:04 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5699799 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 02 2025 18:46:04 | Portfolio Recovery Associates, 120 Corporate Blvd Suite 100, Norfolk, VA 23502 |
| 5715867 | + Email/PDF: ebnotices@pnmac.com | | |
| | | Jul 02 2025 18:57:44 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5699800 | + Email/Text: ngisupport@radiusgs.com | | |
| | | Jul 02 2025 18:40:00 | Radius Global Solutions LLC, PO Box 390846, Minneapolis MN 55439-0846 |
| 5699801 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 02 2025 18:45:38 | Synchrony Bank, PO Box 71737, Philadelphia PA 19176-1737 |
| 5699802 | + Email/Text: bankruptcydepartment@tsico.com | | |
| | | Jul 02 2025 18:41:00 | Transworld Systems, PO Box 15618 Dept 51, Wilmington DE 19850-5618 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5709894 | *+ | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2025          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| John Fisher | on behalf of Debtor 1 Jason Alan Bawiec johnvfisher@yahoo.com  fisherlawoffice@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jason Alan Bawiec,

**Debtor 1**

Chapter       13

Case No.      5:25−bk−00843−MJC

## Notice

The hearing on confirmation of the Amended Plan of reorganization of Debtor 1 is rescheduled for the date indicated below.

**July 22, 2025** is the deadline for filing objections to confirmation of the Amended Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: July 29, 2025 Time: 10:00 AM |
|---|---|

A copy of the Amended Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 2, 2025 |

ntcnfhrg (08/21)